CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE 303-844-6017<br>FACSIMILE 303-844-6437 |
| **KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATOR | October 14, 2015 |

Blair Drazic, Esq.  
1194 Rance Canyon Drive  
Loma, CO  81524

Mark C. Willis, Esq.  
Kutak Rock LLP  
1801 California Street, Suite 3100  
Denver, CO  80202

RE:  No. 15-1328 – Clinton J. Dawson, et al v. Litton Loan Servicing, LP, et al

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **November 12, 2015**.

Sincerely,

*[signature: Kyle S]*

KYLE ANN SCHULTZ

KS:dm